JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAUTAM KHANNA,<br><br>              Plaintiff,<br><br>          v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>              Defendant. | Case No. CV 22-3058 FMO (MARx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

      Having been advised by counsel that the above-entitled action has been settled, (Dkt. 26, Notice of Settlement), IT IS ORDERED that the above-captioned action is hereby dismissed without costs and without prejudice to the right, upon good cause shown by no later than **October 8, 2022,** to re-open the action if settlement is not consummated.  The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.  Failure to re-open or seek an extension of time to re-open the action by the deadline set forth above shall be deemed as consent by the parties to dismissal of the action with prejudice.  See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated this 10th day of August, 2022.

                                                      /s/
                                       Fernando M. Olguin
                                   United States District Judge