# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAUTAM KHANNA,<br><br>    Plaintiff,<br><br>    v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>    Defendant. | Case No. CV 22-3058 FMO (MARx)<br><br>**JUDGMENT RE: ATTORNEY'S FEES AND COSTS** |

Pursuant to the Court's Order Re: Pending Motion, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT defendant BMW of North America, LLC shall pay plaintiff Gautam Khanna's attorney's fees in the amount $25,098 and costs in the amount of $1,116.60.

Dated this 5th day of July, 2023.

                                        /s/
                            Fernando M. Olguin
                          United States District Judge